THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS F. GASKIN, Appellant.

Submitted January 20, 1954; decided March 11, 1954.

*Benjamin Galperin* and *Nicholas A. Pierino* for appellant.

*John F. Dwyer, District Attorney* (*Robert A. Burrell* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that the evidence failed to establish a finding of guilt beyond a reasonable doubt. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.